UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 21 Civ. 294 (PAE) (SLC)

ELENI'S NYC INC.,                      **ORDER TO INITIATE DEFAULT PROCEEDINGS**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge:

       The Complaint in this action was served on February 1, 2021, with Defendant's Answer due on February 22, 2021. (ECF No. 5). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **March 5, 2021** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **March 19, 2021**.

Dated:      New York, New York
              February 26, 2021

                                                      SO ORDERED

                                                      _/s/ Sarah L. Cave_
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**